Austin P. Nagel, SBN 118247
Kirsten Martinez, SBN 310674
Bonial & Associates, P.C.
3160 Crow Canyon Place, Suite 215
San Ramon, California 94583
Telephone: (213) 863-6010
Fax: (213) 863-6065
Austin.Nagel@BonialPC.com
Kirsten.Martinez@BonialPC.com

Attorneys for Objecting Party,
VW Credit Leasing, Ltd

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Moises Ivan Aguilera,<br><br><br><br><br><br><br><br><br><br><br><br>                                          Debtor. | Case No. 2:22-bk-11833-SK<br><br>Chapter 13<br><br>**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br><u>341(a) Meeting</u>:<br>Date:   June 14, 2022<br>Time:   1:00 PM<br>Place:  RM 1. 915 Wilshire Blvd., 10th Floor,<br>            Los Angeles, CA 90017<br><br><u>Confirmation Hearing</u>:<br>Date:   June 23, 2022<br>Time:   10:00 AM<br>Place:  Crtrm 1575. 255 E Temple St.,<br>            Los Angeles, CA 90012 |

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY COURT JUDGE, DEBTOR, DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

VW Credit Leasing, Ltd., as serviced by VW Credit, Inc. ("Lessor") hereby objects to the confirmation of Debtor's Chapter 13 Plan (the "Plan") in the above-captioned matter. Lessor is a party in interest as the Owner Lessor of the personal property collateral 2021 Volkswagen ID.4, vehicle identification #WVGTMPE21MP040181 (the "Property"), and therefore has standing to object to the Plan. Lessor objects to the Plan on the following grounds:

1. On or about June 8, 2022, Lessor filed its Proof of Claim relating to the Property in the amount of $25,317.24. A true and correct copy of Lessor's Proof of Claim is attached as Exhibit 1.

2. According to the Plan, Debtor has provided for Lessor as a Class 3C claim representing under penalty of perjury that Lessor's claim is one of the "claims secured by real or personal property which are to be paid in full during the term of this plan (without bifurcation), including cure of arrears, if applicable." Lessor observes that it is the owner of the Property and the Debtor's interest in the Property he is leasing from Lessor is solely a possessory interest. Under the circumstances, Lessor contends that Debtor must provide for Lessor's claim under Class 7 as an "Executory Contract and Unexpired Leases".

3. Lessor further objects to any Plan payment to Lessor, including but not limited to the currently proposed $503.00 monthly payment, other than the agreed monthly **lease payment of $649.16.** Moreover, pursuant to 11 U.S.C. §1322 (b)(7) Lessor objects to the Plan since it fails to either assume or reject the subject lease agreement.

## CONCLUSION

Any Chapter 13 Plan proposed by Debtor must provide for Lessor's claim and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. It is respectfully requested that confirmation of Debtor's proposed Chapter 13 Plan be denied.

**WHEREFORE**, Lessor respectfully requests that:

1. Confirmation of Debtor's Chapter 13 Plan be denied; or, in the alternative,
2. Debtor's Plan be amended in accordance with this Objection.
3. For other such relief as the Court deems just and proper.

Dated: June 9, 2022

Respectfully Submitted,
Bonial & Associates, P.C.

By:    */s/Austin P Nagel*
Austin P Nagel
Kirsten Martinez
Attorneys for Lessor,
VW Credit Leasing, Ltd.,
as serviced by VW Credit, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**14841 Dallas Parkway, Suite 425
Dallas, Texas 75254**

A true and correct copy of the foregoing document entitled (*specify*): **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 9, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

*U.S. Trustee*
ustpregion16.la.ecf@usdoj.gov

*Trustee*
Kathy A. Dockery
EFiling@LATrustee.com

*Debtor's Attorney*
Benjamin R. Heston
docs@hestonlaw.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **June 9, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*U.S. Bankruptcy Court Judge*
Honorable Sandra R. Klein
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012

*Debtor*
Moises Ivan Aguilera
780 North Craig Avenue
Pasadena, CA 91104

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 9, 2022 | Corey Banks | /s/Corey Banks |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

7229-N-9892

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**