# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In

**Moises Ivan Aguilera**

Debtor.

In Chapter 13 Proceeding

Case No. 22-11833-SK

**WITHDRAWAL OF**
**PROOF OF CLAIM(S) No. 16**

BANKRUPTCY JUDGE:

Klein, Sandra R.

**COMES NOW**, PRA Receivables Management, LLC, and, pursuant to Bankruptcy Rule 3006 of the Federal Rules of Bankruptcy Procedure, hereby withdraws the Proof of Claim filed for Synchrony Bank on June 3, 2022 in the amount of $6,554.42, the same being docketed as No. 16 on the Court's claims register.

PRA RECEIVABLES MANAGEMENT, LLC hereby releases the Chapter 13 Trustee from any further liability for the above-mentioned Proof of Claim, and requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

Dated:  This 15th day of June, 2023

PRA RECEIVABLES MANAGEMENT, LLC

By:    /s/Valerie Smith

As authorized agent for:
SYNCHRONY BANK

PO BOX 41021
NORFOLK, VIRGINIA 23541

## Certificate of Service

      I hereby certify that a copy of the foregoing was served electronically through the Court's ECF filing system to the following parties:

**Benjamin Heston**
Attorney for debtor

**Kathy A Dockery**
Chapter 13 Trustee

Dated:  This 15th day of June, 2023

    /s/Valerie Smith
    VALERIE SMITH
    SYNCHRONY BANK
    PO BOX 41021
    NORFOLK, VIRGINIA 23541
    TEL: (877) 885-5919
    FAX: (757) 351-3257