KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

**BANKRUPTCY PAYMENT ADDRESS**
**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**P.O. BOX 691**
**MEMPHIS, TN 38101-0691**

## DEBTOR'S STATUS REPORT AND NOTICE OF INTENT TO PAY CLAIMS AS OF JULY 31, 2023

### Moises Ivan Aguilera

### Case Number LA22-11833-SK

Moises Ivan Aguilera
780 North Craig Avenue
Pasadena, CA  91104

## **IMPORTANT** - Bankruptcy Court Requirements

**Income Tax Returns:** The Bankruptcy Court has ordered you to send a copy of your tax returns to the Chapter 13 Trustee.   If you have not already done so, please mail a copy of your tax returns to the Chapter 13  Trustee Office within 10 days of mailing them to the Internal Revenue Service.

**TAX REFUNDS:**  You must send your tax refunds to the Chapter 13 Trustee, unless otherwise ordered by the Court  If your tax refund has not been directly sent to the Chapter 13  Trustee, you must endorse the tax refund check payable to the Chapter 13 Trustee.  Put your name and case number on the tax refund check and mail your tax refund to the Chapter 13 Trustee's bankruptcy payment lock box.

### YOUR BANKRUPTCY PAYMENTS AS OF JULY 31, 2023 ARE $5,500.00

| Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 5/5/22 | $800.00 | 6/17/22 | $800.00 | 7/18/22 | $300.00 | 8/10/22 | $300.00 | 9/14/22 | $300.00 |
| 10/18/22 | $300.00 | 11/15/22 | $300.00 | 12/12/22 | $300.00 | 1/11/23 | $300.00 | 2/10/23 | $300.00 |
| 3/8/23 | $300.00 | 4/10/23 | $300.00 | 5/12/23 | $300.00 | 6/13/23 | $300.00 | 7/11/23 | $300.00 |

### AS OF JULY 31, 2023, YOUR BANKRUPTCY PAYMENTS  ARE DELINQUENT BY $7,500.00

If you have any questions regarding your Debtor Status Report, please consult your attorney.
Your Attorney is: HESTON & HESTON, ATTORNEYS AT LAW  949-222-1041.
For Online Access to your Case Information, go to: www.ndc.org

# NOTICE OF INTENT TO PAY CLAIMS
## CLAIMS AND DISBURSEMENT REPORT AS OF JULY 31, 2023

You are hereby given notice that the Chapter 13 Trustee will immediately begin disbursing payments to your creditors and other parties in interest based on your confirmed chapter 13 plan and the order confirming the chapter 13 plan.  **The Trustee will pay those creditors who have filed a proof of claim or those secured and priority creditors who have been provided for in your confirmed plan.**

If you believe that a creditor has filed an inaccurate or duplicate proof of claim or you believe that a creditor should not have filed a proof of claim in your case, you must file an Objection to the Proof of Claim.  In order to properly prosecute an Objection to a Proof of Claim, please discuss the matter with your attorney.  **If you fail to object to the proof of claim within thirty days of the filing of the proof of claim, the Chapter 13 Trustee will disburse on the claim.**

*Interest, late claims or other variables may affect the total amount paid to creditors.*

Undistributed Funds $100.16

### AS OF JULY 31, 2023, TOTAL DISBURSEMENTS PAID TO CREDITORS ARE $5,399.84

| Claim # | Creditor | Claim Type | Scheduled Debt | Claim Amount | Int. Rate | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|---|
| DREF | Moises Ivan Aguilera | | | | | $0.00 | |
| ATTY | HESTON & HESTON, ATTORNEYS AT LAW | ATTORNEY FEE | $3,500.00 | $3,500.00 | | $3,500.00 | |
| 18 | VW CREDIT LEASING, LTD<br>Filed: 06/08/22 | SECURED CLASS 7 - LEASE | $0.00 | $1,000.00 | | $1,000.00 | |
| 3 | WELLS FARGO BANK, NA<br>Filed: 04/12/22 | SECURED OMITTED CREDITOR | $0.00 | $0.00 | | | |
| | Citicards CBNA | UNSECURED | $9,672.00 | $0.00 | | | |
| | Karl Heltsley | UNSECURED | $15,000.00 | $0.00 | | | |
| | Lightstream / Suntrust Bank | UNSECURED | $20,068.00 | $0.00 | | | |
| | Nelnet | UNSECURED | $18,208.00 | $0.00 | | | |
| | Nelnet | UNSECURED | $3,467.00 | $0.00 | | | |
| | US Dept of Education / Great Lakes | UNSECURED | $15,233.00 | $0.00 | | | |
| 1 | DISCOVER BANK<br>Filed: 04/06/22 | UNSECURED | $10,400.00 | $10,875.72 | | | |
| 10 | LVNV FUNDING LLC<br>Filed: 05/26/22 | UNSECURED | $12,100.00 | $13,011.40 | | $15.55 | |
| 11 | LVNV FUNDING LLC<br>Filed: 05/26/22 | UNSECURED | $9,338.00 | $9,338.43 | | | |
| 12 | LVNV FUNDING LLC<br>Filed: 05/26/22 | UNSECURED | $2,290.00 | $2,544.35 | | | |
| 13 | QUANTUM3 GROUP LLC<br>Filed: 05/31/22 | UNSECURED | $10,411.00 | $10,758.30 | | | |
| 14 | PRA RECEIVABLES MANAGEMENT LLC<br>Filed: 06/01/22 | UNSECURED | $25,107.00 | $10,018.28 | | | |
| 15 | LVNV FUNDING LLC<br>Filed: 06/03/22 | UNSECURED | $9,557.00 | $10,212.13 | | | |
| 16 | SYNCHRONY BANK<br>Filed: 06/03/22 | UNSECURED | $6,424.00 | $0.00 | | | |
| 17 | SYNCHRONY BANK<br>Filed: 06/08/22 | UNSECURED | $1,982.00 | $2,111.49 | | | |
| 19 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>Filed: 09/14/22 | UNSECURED | $7,213.00 | $7,321.60 | | | |
| 2 | UNITED STATES DEPARTMENT OF EDUCATION<br>Filed: 04/26/23 | UNSECURED | $97,600.00 | $112,834.12 | | $134.49 | |
| 20 | PINNACLE SERVICE SOLUTIONS LLC<br>Filed: 06/09/22 | UNSECURED | $0.00 | $25,106.17 | | $29.99 | |
| 21 | LAFAYETTE FEDERAL CREDIT UNION<br>Filed: 11/07/22 | UNSECURED | $65,207.00 | $67,211.95 | | $80.12 | |
| 4 | NELNET ON BEHALF OF ECMC<br>Filed: 04/16/22 | UNSECURED | $8,118.00 | $11,762.10 | | | |
| 5 | NELNET ON BEHALF OF TRELLIS COMPANY<br>Filed: 04/16/22 | UNSECURED | $19,283.00 | $38,168.69 | | $45.50 | |
| 6 | JPMORGAN CHASE BANK, NA<br>Filed: 05/10/22 | UNSECURED | $7,849.00 | $8,237.78 | | | |
| 7 | WELLS FARGO BANK, N.A.<br>Filed: 05/20/22 | UNSECURED | $12,641.00 | $12,672.62 | | $15.14 | |

If you have any questions regarding your Debtor Status Report, please consult your attorney.
Your Attorney is: HESTON & HESTON, ATTORNEYS AT LAW  949-222-1041.

For Online Access to your Case Information, go to: www.ndc.org

| Claim # | Creditor | Claim Type | Scheduled Debt | Claim Amount | Int. Rate | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|---|
| 8 | PINNACLE CREDIT SERVICES, LLC<br>Filed: 05/25/22 | UNSECURED | $0.00 | $24,313.19 | | $29.05 | |
| 9 | LVNV FUNDING LLC<br>Filed: 05/25/22 | UNSECURED | $684.00 | $673.80 | | | |
| TTE | Trustee Fee | | | | | $550.00 | |

**If you have any questions regarding your Debtor Status Report, please consult your attorney.**
**Your Attorney is: HESTON & HESTON, ATTORNEYS AT LAW  949-222-1041.**
For Online Access to your Case Information, go to: www.ndc.org

# DEBTOR CHANGE OF INFORMATION FORM

Please Complete and Sign this Form if the following Information Changed.

**Moises Ivan Aguilera**

**LA22-11833-SK**

| | | | |
|---|---|---|---|
| **Change of Name** | | | |
| **Change of Address** | | | |
| **Change of Phone Numbers** | Home | Work | Cell |
| | | | |
| **Change of Employer**<br>New Employer Name<br>Address<br>Phone Number | | | |

The undersigned debtor(s) declares under penalty of perjury under the laws of the State of California that the above information is true and correct.

**Debtor's Signature** _____ Date_____

**Co- Debtor's Signature** _____ Date_____


**FAX THIS FORM TO: (213) 996-4426**
**or EMAIL THIS FORM TO: info@latrustee.com**

If you have any questions regarding your Debtor Status Report, please consult your attorney.
Your Attorney is: HESTON & HESTON, ATTORNEYS AT LAW  949-222-1041.
For Online Access to your Case Information, go to: www.ndc.org