**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951.290.2827
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:22-bk-11833-SK |
| MOISES IVAN AGUILERA, | Chapter 13 |
| Debtor. | **NOTICE OF HEARING AND OPPOSITION TO TRUSTEE'S MOTION TO DISMISS** |
| | Hearing<br>Date: September 28, 2023<br>Time: 9:00 a.m.<br>Courtroom 1575 |

    Debtor, Moises Ivan Aguilera, hereby opposes the Chapter 13 Trustee's Motion to Dismiss filed as docket #63 on the grounds that he will move to modify his plan to cure the delinquency.

    NOTICE IS HEREBY GIVEN that a hearing on the Trustee's Motion to Dismiss has been set on September 28, 2023 at 9:00 a.m. Courtroom 1575 of the United States Bankruptcy Court – Los Angeles Division, located at 255 E. Temple Street, Suite 1360, Los Angeles, CA 90012.

Date: August 29, 2022

**NEXUS BANKRUPTCY**

BENJAMIN HESTON,
Attorney for Debtor

1