United States Bankruptcy Court

Central District of California

In re:  
Moises Ivan Aguilera  
      Debtor

Case No. 22-11833-SK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 20, 2023      Form ID: van153      Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Moises Ivan Aguilera, 780 North Craig Avenue, Pasadena, CA 91104-4934 |
| cr | + | VW Credit Leasing, Ltd., as serviced by VW Credit,, 3160 Crow Canyon Place, Suite 215, San Ramo, CA 94583-1110 |
| 41141639 | + | Karl Heltsley, 1972 Marguerite Street, Palm Springs, CA 92264-6211 |
| 41334795 | + | Lafayette Federal Credit Union, c/o Silverman Theologou, LLP, 11200 Rockville Pike, Suite 520, N. Bethesda, MD 20852-7105 |
| 41141640 | | Lafayette Federal Credit Union, 3535 University Blvd, Rockville, MD 20850 |
| 41141643 | + | Lightstream / Suntrust Bank, PO Box 85092, Richmond, VA 23285-5092 |
| 41141646 | + | Schynchrony / Crate & Barrel, PO Box 98873, Las Vegas, NV 89193-8873 |
| 41141647 | + | Synchony Bank / Living Spaces, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Oct 21 2023 04:49:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Oct 21 2023 04:49:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Oct 21 2023 01:19:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| cr | + | EDI: PRA.COM | Oct 21 2023 04:49:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Oct 21 2023 01:20:00 | VW Credit Leasing, LTD., 3160 Crow Canyon Place, Suite 215, San Ramon, CA 94583-1110 |
| cr | + | EDI: WFFC2 | Oct 21 2023 04:49:00 | Wells Fargo Bank N.A., P.O. Box 1629, MAC N9286-01Y, Minneapolis, MN 55440-1629 |
| 41141633 | + | EDI: CAPITALONE.COM | Oct 21 2023 04:49:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 41141635 | + | EDI: CITICORP.COM | Oct 21 2023 04:49:00 | Citibank / The Home Depot, PO Box 790034, Saint Louis, MO 63179-0034 |
| 41141636 | + | EDI: CITICORP.COM | Oct 21 2023 04:49:00 | Citicards CBNA, PO Box 790034, Saint Louis, MO 63179-0034 |
| 41141637 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 21 2023 01:28:38 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 41144493 | | EDI: DISCOVER.COM | Oct 21 2023 04:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 41141638 | + | EDI: DISCOVER.COM | Oct 21 2023 04:49:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 41141634 | | EDI: JPMORGANCHASE | | |

Case 2:22-bk-11833-SK    Doc 71    Filed 10/22/23    Entered 10/22/23 21:15:12    Desc
                        Imaged Certificate of Notice    Page 2 of 4

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2023 | Form ID: van153 | Total Noticed: 45 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 21 2023 04:49:00 | Chase Card Services, PO Box 15298, Wilmington, DE 19850 |
| 41175240 | + | Email/Text: RASEBN@raslg.com | Oct 21 2023 01:20:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 41192415 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 21 2023 01:06:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 41141641 | + | EDI: LENDNGCLUB | Oct 21 2023 04:49:00 | Lending Club Corp, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 41198456 | + | EDI: LENDNGCLUB | Oct 21 2023 04:49:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 41141642 | ^ | MEBN | Oct 21 2023 01:00:28 | Lendingpoint LLC, 1201 Roberts Blvd, Suite 200, Kennesaw, GA 30144-3612 |
| 41141644 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 21 2023 01:21:00 | Nelnet, PO Box 82505, Lincoln, NE 68501-2505 |
| 41154177 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 21 2023 01:20:00 | Nelnet on behalf of ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 41287910 | | EDI: PRA.COM | Oct 21 2023 04:49:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 41204722 | | EDI: PRA.COM | Oct 21 2023 04:49:00 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 41192255 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 21 2023 01:28:43 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 41205884 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 21 2023 01:06:47 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 41141645 | ^ | MEBN | Oct 21 2023 01:00:39 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 41196124 | | EDI: Q3G.COM | Oct 21 2023 04:49:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 41200325 | + | EDI: RMSC.COM | Oct 21 2023 04:49:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 41141648 | + | EDI: RMSC.COM | Oct 21 2023 04:49:00 | Synchrony Bank / Lowes, PO Box 965060, Orlando, FL 32896-5060 |
| 41154178 | | Email/Text: bkyelectnotices@trelliscompany.org | Oct 21 2023 01:19:00 | Nelnet on behalf of Trellis Company, PO Box 83100, Round Rock, TX 78683-3100 |
| 41141649 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 21 2023 01:21:00 | US Dept of Education / Great Lakes, PO Box 7860, Madison, WI 53707-7860 |
| 41146049 | | Email/Text: electronicbkydocs@nelnet.net | Oct 21 2023 01:21:00 | United States Department of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |
| 41141650 | + | Email/Text: vci.bkcy@vwcredit.com | Oct 21 2023 01:21:00 | VW Credit Inc., Attn: Bankruptcy, PO Box 3, Hillsboro, OR 97123-0003 |
| 41203887 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Oct 21 2023 01:20:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 41149915 | + | EDI: WFFC2 | Oct 21 2023 04:49:00 | Wells Fargo Bank, N.A., P.O. Box 1629, Minneapolis MN 55440-1629 |
| 41184947 | | EDI: WFFC2 | Oct 21 2023 04:49:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 41141651 | + | EDI: WFFC2 | Oct 21 2023 04:49:00 | Wells Fargo Bank, NA, 1 Home Campus, 3rd |

| | | | | |
|---|---|---|---|---|
| | | | | Floor, MAC X2303-01A, Des Moines, IA 50328-0001 |
| 41141652 | + EDI: WFFC2 | | | |
| | | | Oct 21 2023 04:49:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Austin P Nagel | on behalf of Creditor VW Credit Leasing LTD. Kim.Bellanger-Smith@BonialPC.com, Notices.Bonial@ecf.courtdrive.com |
| Austin P Nagel | on behalf of Creditor VW Credit Leasing Ltd., as serviced by VW Credit, Inc. Kim.Bellanger-Smith@BonialPC.com, Notices.Bonial@ecf.courtdrive.com |
| Benjamin Heston | on behalf of Debtor Moises Ivan Aguilera bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Joseph C Delmotte | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Kathy A Dockery (TR) | EFiling@LATrustee.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Valerie Smith | on behalf of Interested Party Courtesy NEF claims@recoverycorp.com |
| Valerie Smith | on behalf of Creditor Synchrony Bank claims@recoverycorp.com |

TOTAL: 8

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM MOTION TO DISMISS CHAPTER 13 [11 U.S.C. § 1307]

**DEBTOR INFORMATION:**
Moises Ivan Aguilera

**BANKRUPTCY NO.**  2:22-bk-11833-SK

**CHAPTER**  13

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):  xxx-xx-0115
**Employer Tax-Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 10/20/23

**Address:**
780 North Craig Avenue
Pasadena, CA 91104

Pursuant to the court's findings and conclusions at the hearing on the motion to dismiss in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: October 20, 2023

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

Form van153-od13d Rev. 06/2017

70 – 63 / TM