KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| IN THE MATTER OF: | CHAPTER 13 |
|---|---|
| Moises Ivan Aguilera | CASE NO.: 2:22-bk-11833-SK |
| DEBTOR(S). | **NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF CHAPTER 13 TRUSTEE AND CLOSE CASE** |

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), ATTORNEY OF RECORD FOR THE DEBTOR(S) AND ALL OTHER PARTIES IN INTEREST:**

NOTICE IS HEREBY GIVEN that the Standing Chapter 13 Trustee, KATHY A. DOCKERY ("TRUSTEE"), intends to file a Final Report and Account of your allowed claim, a copy of which is enclosed with this Notice; and

NOTICE IS FURTHER GIVEN that any party objecting to the Final Report and Account of their allowed claim must file and serve a written objection and request a hearing from the court. Any objection to the Final Report and Account must be served on the Trustee at the address set forth above, the Debtor(s) and the Debtor(s)' attorney of record, if applicable. Filing a Fee Application or Proof of Claim is not responsive to this notice and will not be deemed an objection to the final report. In the event no objection is filed within thirty (30) days after the date of service of this Notice, the Court will discharge the Trustee and close the case (see 11 U.S.C. §350 (a) and F.R.B.P., Rule 5009).

DATED: 11/17/2023

_/s/ Kathy A. Dockery_
Kathy A. Dockery, Trustee

**Moises Ivan Aguilera**

**2:22-bk-11833-SK**
**PETITION FILED:  3/31/22**

**(f) DISMISSED AFTER CONFIRMATION**

| Claim # | Acct # | Creditor | Claim Type | Scheduled Debt | Claim Amount | Int. Rate | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|---|---|
| DREF | | Moises Ivan Aguilera | | | | | $484.95 | |
| ATTY | N/A | HESTON & HESTON, ATTORNEYS AT LAW | ATTORNEY FEE | $3,500.00 | $3,500.00 | | $3,500.00 | |
| 18 | 5319 | VW CREDIT LEASING, LTD  Filed: 06/08/22 | SECURED CLASS 7 - LEASE | $0.00 | $1,000.00 | | $1,000.00 | |
| 3 | 5082 | WELLS FARGO BANK, NA  Filed: 04/12/22 | SECURED OMITTED CREDITOR | $0.00 | $0.00 | | | |
| | 1749 | Citicards CBNA | UNSECURED | $9,672.00 | $0.00 | | | |
| | | Karl Heltsley | UNSECURED | $15,000.00 | $0.00 | | | |
| | 4974 | Lightstream / Suntrust Bank | UNSECURED | $20,068.00 | $0.00 | | | |
| | 5624 | Nelnet | UNSECURED | $18,208.00 | $0.00 | | | |
| | 8124 | Nelnet | UNSECURED | $3,467.00 | $0.00 | | | |
| | 8581 | US Dept of Education / Great Lakes | UNSECURED | $15,233.00 | $0.00 | | | |
| 1 | 9459 | DISCOVER BANK  Filed: 04/06/22 | UNSECURED | $10,400.00 | $10,875.72 | | $20.76 | |
| 10 | 4366 | LVNV FUNDING LLC  Filed: 05/26/22 | UNSECURED | $12,100.00 | $13,011.40 | | $34.16 | |
| 11 | 8558 | LVNV FUNDING LLC  Filed: 05/26/22 | UNSECURED | $9,338.00 | $9,338.43 | | $17.83 | |
| 12 | 2855 | LVNV FUNDING LLC  Filed: 05/26/22 | UNSECURED | $2,290.00 | $2,544.35 | | | |
| 13 | 8770 | QUANTUM3 GROUP LLC  Filed: 05/31/22 | UNSECURED | $10,411.00 | $10,758.30 | | $20.54 | |
| 14 | 9088 | PRA RECEIVABLES MANAGEMENT LLC  Filed: 06/01/22 | UNSECURED | $25,107.00 | $10,018.28 | | $19.12 | |
| 15 | 9813 | LVNV FUNDING LLC  Filed: 06/03/22 | UNSECURED | $9,557.00 | $10,212.13 | | $19.49 | |
| 16 | 7673 | SYNCHRONY BANK  Filed: 06/03/22 | UNSECURED | $6,424.00 | $0.00 | | | |
| 17 | 7806 | SYNCHRONY BANK  Filed: 06/08/22 | UNSECURED | $1,982.00 | $2,111.49 | | | |
| 19 | 6320 | PORTFOLIO RECOVERY ASSOCIATES LLC  Filed: 09/14/22 | UNSECURED | $7,213.00 | $7,321.60 | | $19.22 | |
| 2 | 0115 | UNITED STATES DEPARTMENT OF EDUCATION  Filed: 04/26/23 | UNSECURED | $97,600.00 | $112,834.12 | | $296.16 | |
| 20 | 0483 | PINNACLE SERVICE SOLUTIONS LLC  Filed: 06/09/22 | UNSECURED | $0.00 | $25,106.17 | | $65.90 | |
| 21 | 001 | LAFAYETTE FEDERAL CREDIT UNION  Filed: 11/07/22 | UNSECURED | $65,207.00 | $67,211.95 | | $176.41 | |
| 4 | 0115 | NELNET ON BEHALF OF ECMC  Filed: 04/16/22 | UNSECURED | $8,118.00 | $11,762.10 | | $22.45 | |
| 5 | 0115 | NELNET ON BEHALF OF TRELLIS COMPANY  Filed: 04/16/22 | UNSECURED | $19,283.00 | $38,168.69 | | $100.19 | |
| 6 | 3870 | JPMORGAN CHASE BANK, NA  Filed: 05/10/22 | UNSECURED | $7,849.00 | $8,237.78 | | $15.73 | |
| 7 | 6895 | WELLS FARGO BANK, N.A.  Filed: 05/20/22 | UNSECURED | $12,641.00 | $12,672.62 | | $33.27 | |
| 8 | 3921 | PINNACLE CREDIT SERVICES, LLC  Filed: 05/25/22 | UNSECURED | $0.00 | $24,313.19 | | $63.82 | |
| 9 | 3122 | LVNV FUNDING LLC  Filed: 05/25/22 | UNSECURED | $684.00 | $673.80 | | | |
| TTE | | Trustee Fee | | | | | $640.00 | |

## SUMMARY OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---:|
| **TOTAL RECEIPTS** | **$6,550.00** |
| CHAPTER 13 TRUSTEE FEES | $640.00 |
| DEBTOR ATTORNEY FEES | $3,500.00 |
| SECURED CLAIMS | $1,000.00 |
| OTHER PRIORITY CLAIMS | $0.00 |
| UNSECURED NON-PRIORITY CLAIMS | $925.05 |
| NET DEBTOR REFUNDS | $484.95 |
| **TOTAL DISBURSEMENTS** | **$6,550.00** |
| **UNDISTRIBUTED BALANCE ON HAND** | **$0.00** |

**\* Disbursement Summary Includes Interest Paid on Allowed Claims**