**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>**MOISES IVAN AGUILERA**<br><br>DEBTOR(S). | Case No: 2:22-bk-11833-SK<br><br>CHAPTER 13<br><br>**PROOF OF SERVICE OF NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF DEBTOR(S) AND CLOSE CASE**<br><br>Docket # (72) |

| In re: **MOISES IVAN AGUILERA** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:22-bk-11833-SK** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF DEBTOR(S) AND CLOSE CASE**", Docket # (72) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 10/18/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

[X] Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 11/21/23, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[X] Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/21/23 | Katherine Bamaca | *Katherine Bamaca* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re: **MOISES IVAN AGUILERA** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: 2:22-bk-11833-SK |

## Service List

### Notice of Electronic Filing Service

| | |
|---|---|
| Joseph C Delmotte | ecfcacb@aldridgepite.com;JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Benjamin R Heston | docs@hestonlaw.com;HestonBR41032@notify.bestcase.com;handhecf@gmail.com |
| Valerie Smith | claims@recoverycorp.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Austin P Nagel | Kim.Bellanger-Smith@BonialPC.com;Notices.Bonial@ecf.courtdrive.com |
| Benjamin Heston | bhestonecf@gmail.com;benheston@recap.email;NexusBankruptcy@jubileebk.net |

### U.S. Mail Service

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY, OH 43054-3025

LAFAYETTE FEDERAL CREDIT UNION
C/O SILVERMAN THEOLOGOU, LLP
11200 ROCKVILLE PIKE, SUITE 520
NORTH BETHESDA, MD 20852

Moises Ivan Aguilera
780 North Craig Avenue
Pasadena, CA 91104

NELNET ON BEHALF OF TRELLIS COMPANY
TRELLIS COMPANY
PO BOX 659602
SAN ANTONIO, TX 78265

PINNACLE SERVICE SOLUTIONS LLC
4408 MILESTRIP RD #247
BLASDELL, NY 14219

PRA RECEIVABLES MANAGEMENT LLC
AS AGENT OF PORTFOLIO RECOVERY ASSOCIATES, LLC
PO BOX 12914
NORFOLK, VA 23541

SYNCHRONY BANK
C/O PRA RECEIVABLES MANAGEMENT, LLC
PO BOX 41031
NORFOLK, VA 23541

VW CREDIT LEASING, LTD
NATIONAL BANKRUPTCY SERVICES, LLC
PO BOX 734400
DALLAS, TX 75373-4400

JPMORGAN CHASE BANK, NA
S/B/M/T CHASE BANK USA, N.A.
PO BOX 15368
WILMINGTON, DE 19850

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
P O BOX 10587
GREENVILLE, SC 29603-0587

NELNET ON BEHALF OF ECMC
EDUCATIONAL CREDIT MANAGEMENT CORP.
LOCKBOX 8682 PO BOX 16478
SAINT PAUL, MN 55116

PINNACLE CREDIT SERVICES, LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603-0587

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 12914
NORFOLK, VA 23541

QUANTUM3 GROUP LLC
AGENT FOR SADINO FUNDING LLC
PO BOX 2489
KIRKLAND, WA 98083

UNITED STATES DEPARTMENT OF EDUCATION
PO BOX 2837
PORTLAND, OR 97208

WELLS FARGO BANK, N.A.
WELLS FARGO CARD SERVICES
PO BOX 9210
DES MOINES, IA 50306
WELLS FARGO BANK, NA
ATTN: PAYMENT PROCESSING
MAC# F2302-04C
1 HOME CAMPUS
DES MOINES, IA 50328

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**

| In re: **MOISES IVAN AGUILERA** | CHAPTER: 13 |
|---|---|
|  | CASE NUMBER: **2:22-bk-11833-SK** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF DEBTOR(S) AND CLOSE CASE** ", Docket # (72) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 10/18/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 11/21/23, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/21/23 | Robert J Wallace, Jr. | *See Attached Certificate of Service* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**

| In re: **MOISES IVAN AGUILERA** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:22-bk-11833-SK** |

## Service List

### U.S. Mail Service

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY, OH 43054-3025

LAFAYETTE FEDERAL CREDIT UNION
C/O SILVERMAN THEOLOGOU, LLP
11200 ROCKVILLE PIKE, SUITE 520
NORTH BETHESDA, MD 20852

Moises Ivan Aguilera
780 North Craig Avenue
Pasadena, CA 91104

NELNET ON BEHALF OF TRELLIS COMPANY
TRELLIS COMPANY
PO BOX 659602
SAN ANTONIO, TX 78265

PINNACLE SERVICE SOLUTIONS LLC
4408 MILESTRIP RD #247
BLASDELL, NY 14219

PRA RECEIVABLES MANAGEMENT LLC
AS AGENT OF PORTFOLIO RECOVERY ASSOCIATES, LLC
PO BOX 12914
NORFOLK, VA 23541

SYNCHRONY BANK
C/O PRA RECEIVABLES MANAGEMENT, LLC
PO BOX 41031
NORFOLK, VA 23541

VW CREDIT LEASING, LTD
NATIONAL BANKRUPTCY SERVICES, LLC
PO BOX 734400
DALLAS, TX 75373-4400

WELLS FARGO BANK, NA
ATTN: PAYMENT PROCESSING
MAC# F2302-04C
1 HOME CAMPUS
DES MOINES, IA 50328

JPMORGAN CHASE BANK, NA
S/B/M/T CHASE BANK USA, N.A.
PO BOX 15368
WILMINGTON, DE 19850

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
P O BOX 10587
GREENVILLE, SC 29603-0587

NELNET ON BEHALF OF ECMC
EDUCATIONAL CREDIT MANAGEMENT CORP.
LOCKBOX 8682 PO BOX 16478
SAINT PAUL, MN 55116

PINNACLE CREDIT SERVICES, LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603-0587

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 12914
NORFOLK, VA 23541

QUANTUM3 GROUP LLC
AGENT FOR SADINO FUNDING LLC
PO BOX 2489
KIRKLAND, WA 98083

UNITED STATES DEPARTMENT OF EDUCATION
PO BOX 2837
PORTLAND, OR 97208

WELLS FARGO BANK, N.A.
WELLS FARGO CARD SERVICES
PO BOX 9210
DES MOINES, IA 50306

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                     F 9013-3.1

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: Moises Ivan Aguilera    CASE NUMBER: 2211833
DEBTOR 2 NAME:    PRINT JOB ID:   211181

I    Robert J Wallace, Jr.    certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on   11/21/2023    :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

DISCOVER BANK;DISCOVER PRODUCTS INC;PO BOX 3025;NEW ALBANY, OH  43054-3025
JPMORGAN CHASE BANK, NA;S/B/M/T CHASE BANK USA, N.A.;PO BOX 15368;WILMINGTON, DE  19850
LAFAYETTE FEDERAL CREDIT UNION;C/O SILVERMAN THEOLOGOU, LLP;11200 ROCKVILLE PIKE, SUITE 520;NORTH BETHESDA, MD  20852
LVNV FUNDING LLC;RESURGENT CAPITAL SERVICES;P O BOX 10587;GREENVILLE, SC  29603-0587
Moises Ivan Aguilera;780 North Craig Avenue;Pasadena, CA  91104
NELNET ON BEHALF OF ECMC;EDUCATIONAL CREDIT MANAGEMENT CORP.;LOCKBOX 8682 PO BOX 16478;SAINT PAUL, MN  55116
NELNET ON BEHALF OF TRELLIS COMPANY;TRELLIS COMPANY;PO BOX 659602;SAN ANTONIO, TX  78265
PINNACLE CREDIT SERVICES, LLC;RESURGENT CAPITAL SERVICES;PO BOX 10587;GREENVILLE, SC  29603-0587
PINNACLE SERVICE SOLUTIONS LLC;4408 MILESTRIP RD #247;BLASDELL, NY  14219
PORTFOLIO RECOVERY ASSOCIATES LLC;PO BOX 12914;NORFOLK, VA  23541
PRA RECEIVABLES MANAGEMENT LLC;AS AGENT OF PORTFOLIO RECOVERY ASSOCIATES, LLC;PO BOX 12914;NORFOLK, VA  23541
QUANTUM3 GROUP LLC;AGENT FOR SADINO FUNDING LLC;PO BOX 2489;KIRKLAND, WA  98083
SYNCHRONY BANK;C/O PRA RECEIVABLES MANAGEMENT, LLC;PO BOX 41031;NORFOLK, VA  23541
UNITED STATES DEPARTMENT OF EDUCATION;PO BOX 2837;PORTLAND, OR  97208
VW CREDIT LEASING, LTD;NATIONAL BANKRUPTCY SERVICES, LLC;PO BOX 734400;DALLAS, TX  75373-4400
WELLS FARGO BANK, NA;ATTN: PAYMENT PROCESSING;MAC# F2302-04C;DES MOINES, IA  50328
WELLS FARGO BANK, N.A.;WELLS FARGO CARD SERVICES;PO BOX 9210;DES MOINES, IA  50306

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :   11/21/2023        Signature : _Robert J. Wallace, Jr._____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| IN THE MATTER OF: | CHAPTER 13 |
|---|---|
| Moises Ivan Aguilera | CASE NO.: 2:22-bk-11833-SK |
| DEBTOR(S). | **NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF CHAPTER 13 TRUSTEE AND CLOSE CASE** |

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), ATTORNEY OF RECORD FOR THE DEBTOR(S) AND ALL OTHER PARTIES IN INTEREST:**

NOTICE IS HEREBY GIVEN that the Standing Chapter 13 Trustee, KATHY A. DOCKERY ("TRUSTEE"), intends to file a Final Report and Account of your allowed claim, a copy of which is enclosed with this Notice; and

NOTICE IS FURTHER GIVEN that any party objecting to the Final Report and Account of their allowed claim must file and serve a written objection and request a hearing from the court. Any objection to the Final Report and Account must be served on the Trustee at the address set forth above, the Debtor(s) and the Debtor(s)' attorney of record, if applicable. Filing a Fee Application or Proof of Claim is not responsive to this notice and will not be deemed an objection to the final report. In the event no objection is filed within thirty (30) days after the date of service of this Notice, the Court will discharge the Trustee and close the case (see 11 U.S.C. §350 (a) and F.R.B.P., Rule 5009).

DATED: 11/17/2023

Kathy A. Dockery, Trustee

Moises Ivan Aguilera

**2:22-bk-11833-SK**
**PETITION FILED: 3/31/22**

## (f) DISMISSED AFTER CONFIRMATION

| Claim # | Acct # | Creditor | Claim Type | Scheduled Debt | Claim Amount | Int. Rate | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|---|---|
| DREF | | Moises Ivan Aguilera | | | | | $484.95 | |
| ATTY | N/A | HESTON & HESTON, ATTORNEYS AT LAW | ATTORNEY FEE | $3,500.00 | $3,500.00 | | $3,500.00 | |
| 18 | 5319 | VW CREDIT LEASING, LTD<br>Filed: 06/08/22 | SECURED CLASS 7 - LEASE | $0.00 | $1,000.00 | | $1,000.00 | |
| 3 | 5082 | WELLS FARGO BANK, NA<br>Filed: 04/12/22 | SECURED OMITTED CREDITOR | $0.00 | $0.00 | | | |
| | 1749 | Citicards CBNA | UNSECURED | $9,672.00 | $0.00 | | | |
| | | Karl Heltsley | UNSECURED | $15,000.00 | $0.00 | | | |
| | 4974 | Lightstream / Suntrust Bank | UNSECURED | $20,068.00 | $0.00 | | | |
| | 5624 | Nelnet | UNSECURED | $18,208.00 | $0.00 | | | |
| | 8124 | Nelnet | UNSECURED | $3,467.00 | $0.00 | | | |
| | 8581 | US Dept of Education / Great Lakes | UNSECURED | $15,233.00 | $0.00 | | | |
| 1 | 9459 | DISCOVER BANK<br>Filed: 04/06/22 | UNSECURED | $10,400.00 | $10,875.72 | | $20.76 | |
| 10 | 4366 | LVNV FUNDING LLC<br>Filed: 05/26/22 | UNSECURED | $12,100.00 | $13,011.40 | | $34.16 | |
| 11 | 8558 | LVNV FUNDING LLC<br>Filed: 05/26/22 | UNSECURED | $9,338.00 | $9,338.43 | | $17.83 | |
| 12 | 2855 | LVNV FUNDING LLC<br>Filed: 05/26/22 | UNSECURED | $2,290.00 | $2,544.35 | | | |
| 13 | 8770 | QUANTUM3 GROUP LLC<br>Filed: 05/31/22 | UNSECURED | $10,411.00 | $10,758.30 | | $20.54 | |
| 14 | 9088 | PRA RECEIVABLES MANAGEMENT LLC<br>Filed: 06/01/22 | UNSECURED | $25,107.00 | $10,018.28 | | $19.12 | |
| 15 | 9813 | LVNV FUNDING LLC<br>Filed: 06/03/22 | UNSECURED | $9,557.00 | $10,212.13 | | $19.49 | |
| 16 | 7673 | SYNCHRONY BANK<br>Filed: 06/03/22 | UNSECURED | $6,424.00 | $0.00 | | | |
| 17 | 7806 | SYNCHRONY BANK<br>Filed: 06/08/22 | UNSECURED | $1,982.00 | $2,111.49 | | | |
| 19 | 6320 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>Filed: 09/14/22 | UNSECURED | $7,213.00 | $7,321.60 | | $19.22 | |
| 2 | 0115 | UNITED STATES DEPARTMENT OF EDUCATION<br>Filed: 04/26/23 | UNSECURED | $97,600.00 | $112,834.12 | | $296.16 | |
| 20 | 0483 | PINNACLE SERVICE SOLUTIONS LLC<br>Filed: 06/09/22 | UNSECURED | $0.00 | $25,106.17 | | $65.90 | |
| 21 | 001 | LAFAYETTE FEDERAL CREDIT UNION<br>Filed: 11/07/22 | UNSECURED | $65,207.00 | $67,211.95 | | $176.41 | |
| 4 | 0115 | NELNET ON BEHALF OF ECMC<br>Filed: 04/16/22 | UNSECURED | $8,118.00 | $11,762.10 | | $22.45 | |
| 5 | 0115 | NELNET ON BEHALF OF TRELLIS COMPANY<br>Filed: 04/16/22 | UNSECURED | $19,283.00 | $38,168.69 | | $100.19 | |
| 6 | 3870 | JPMORGAN CHASE BANK, NA<br>Filed: 05/10/22 | UNSECURED | $7,849.00 | $8,237.78 | | $15.73 | |
| 7 | 6895 | WELLS FARGO BANK, N.A.<br>Filed: 05/20/22 | UNSECURED | $12,641.00 | $12,672.62 | | $33.27 | |
| 8 | 3921 | PINNACLE CREDIT SERVICES, LLC<br>Filed: 05/25/22 | UNSECURED | $0.00 | $24,313.19 | | $63.82 | |
| 9 | 3122 | LVNV FUNDING LLC<br>Filed: 05/25/22 | UNSECURED | $684.00 | $673.80 | | | |
| TTE | | Trustee Fee | | | | | $640.00 | |

## SUMMARY OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---:|
| **TOTAL RECEIPTS** | **$6,550.00** |
| CHAPTER 13 TRUSTEE FEES | $640.00 |
| DEBTOR ATTORNEY FEES | $3,500.00 |
| SECURED CLAIMS | $1,000.00 |
| OTHER PRIORITY CLAIMS | $0.00 |
| UNSECURED NON-PRIORITY CLAIMS | $925.05 |
| NET DEBTOR REFUNDS | $484.95 |
| **TOTAL DISBURSEMENTS** | **$6,550.00** |
| **UNDISTRIBUTED BALANCE ON HAND** | **$0.00** |

\* Disbursement Summary Includes Interest Paid on Allowed Claims