**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: <br><br> **MOISES IVAN AGUILERA** <br><br><br><br> DEBTOR(S). | Case No: 2:22-bk-11833-SK <br><br> CHAPTER 13 <br><br> **PROOF OF SERVICE OF CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT AND ORDER DISCHARGING CASE OR PETITION TO DISCHARGE CASE** <br><br> Docket # (75) |

| In re: **MOISES IVAN AGUILERA** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:22-bk-11833-SK** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT AND ORDER DISCHARGING CASE OR PETITION TO DISCHARGE CASE** ", Docket # (75)  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 1/12/24, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class , postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct .

| 1/12/24 | Katherine Bamaca | *Katherine Bamaca* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re:  **MOISES IVAN AGUILERA** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER:  **2:22-bk-11833-SK** |

**Service List**

## Notice of Electronic Filing Service

| | |
|---|---|
| Joseph C Delmotte | ecfcacb@aldridgepite.com;JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Benjamin R Heston | docs@hestonlaw.com;HestonBR41032@notify.bestcase.com;handhecf@gmail.com |
| Valerie  Smith | claims@recoverycorp.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Austin P Nagel | Kim.Bellanger-Smith@BonialPC.com;Notices.Bonial@ecf.courtdrive.com |
| Benjamin  Heston | bhestonecf@gmail.com;benheston@recap.email;NexusBankruptcy@jubileebk.net |

### U.S. Mail Service

HESTON & HESTON, ATTORNEYS AT LAW
19700 FAIRCHILD ROAD
SUITE 280
IRVINE, CA 92612

Moises Ivan Aguilera
780 North Craig Avenue
Pasadena, CA 91104

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                               **F 9013-3.1**

| In re: **MOISES IVAN AGUILERA** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:22-bk-11833-SK** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT AND ORDER DISCHARGING CASE OR PETITION TO DISCHARGE CASE**", Docket # (75)  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 1/12/24, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/12/24 | Robert J Wallace, Jr. | *See Attached Certificate of Service* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: **MOISES IVAN AGUILERA** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:22-bk-11833-SK** |

## Service List

### U.S. Mail Service

HESTON & HESTON, ATTORNEYS AT LAW
19700 FAIRCHILD ROAD
SUITE 280
IRVINE, CA 92612

Moises Ivan Aguilera
780 North Craig Avenue
Pasadena, CA 91104

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                           **F 9013-3.1**

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: Moises Ivan Aguilera  
DEBTOR 2 NAME:  

CASE NUMBER: 2211833  
PRINT JOB ID:   213573

I     Robert J Wallace, Jr.     certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on    1/12/2024    :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

HESTON & HESTON, ATTORNEYS AT LAW;19700 FAIRCHILD ROAD;SUITE 280;IRVINE, CA  92612  
Moises Ivan Aguilera;780 North Craig Avenue;Pasadena, CA  91104

By Electronic Transmittal :  
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :    1/12/2024            Signature : _____

Premium Graphics, Inc.  
2099 Thomas Road Suite 10  
Memphis, TN 38134

UNITED STATES BANKRUPTCY COURT
CALIFORNIA CENTRAL DISTRICT

| In re:                | Case No. 22-11833-SK |
|---|---|
| Moises Ivan Aguilera  |  |
| Debtor(s)             |  |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Kathy A. Dockery, chapter 13 trustee, submits the following Final Report and Account of administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/31/2022.

2) The plan was confirmed on 07/26/2022.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan 08/16/2023.

5) The case was dismissed on 10/20/2023.

6) Number of months from filing or conversion to last payment: 19.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $286,960.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $6,550.00 |
| Less amount refunded to debtor | $484.95 |

**NET RECEIPTS:** $6,065.05

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $640.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,140.00

Attorney fees paid and disclosed by debtor: $1,500.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Citicards CBNA | Unsecured | 9,672.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 10,400.00 | 10,875.72 | 10,875.72 | 20.76 | 0.00 |
| JPMORGAN CHASE BANK, NA | Unsecured | 7,849.00 | 8,237.78 | 8,237.78 | 15.73 | 0.00 |
| Karl Heltsley | Unsecured | 15,000.00 | NA | NA | 0.00 | 0.00 |
| LAFAYETTE FEDERAL CREDIT UNI | Unsecured | 65,207.00 | 67,211.95 | 67,211.95 | 176.41 | 0.00 |
| Lightstream / Suntrust Bank | Unsecured | 20,068.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 684.00 | 673.80 | 673.80 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 2,290.00 | 2,544.35 | 2,544.35 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 9,557.00 | 10,212.13 | 10,212.13 | 19.49 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 12,100.00 | 13,011.40 | 13,011.40 | 34.16 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 9,338.00 | 9,338.43 | 9,338.43 | 17.83 | 0.00 |
| Nelnet | Unsecured | 18,208.00 | NA | NA | 0.00 | 0.00 |
| Nelnet | Unsecured | 3,467.00 | NA | NA | 0.00 | 0.00 |
| NELNET ON BEHALF OF ECMC | Unsecured | 8,118.00 | 11,762.10 | 11,762.10 | 22.45 | 0.00 |
| NELNET ON BEHALF OF TRELLIS C | Unsecured | 19,283.00 | 38,168.69 | 38,168.69 | 100.19 | 0.00 |
| PINNACLE CREDIT SERVICES, LLC | Unsecured | NA | 24,313.19 | 24,313.19 | 63.82 | 0.00 |
| PINNACLE SERVICE SOLUTIONS LL | Unsecured | NA | 25,106.17 | 25,106.17 | 65.90 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATE | Unsecured | 7,213.00 | 7,321.60 | 7,321.60 | 19.22 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 25,107.00 | 10,018.28 | 10,018.28 | 19.12 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 10,411.00 | 10,758.30 | 10,758.30 | 20.54 | 0.00 |
| SYNCHRONY BANK | Unsecured | 1,982.00 | 2,111.49 | 2,111.49 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 6,424.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| UNITED STATES DEPARTMENT OF | Unsecured | 97,600.00 | 112,834.12 | 112,834.12 | 296.16 | 0.00 |
| US Dept of Education / Great Lakes | Unsecured | 15,233.00 | NA | NA | 0.00 | 0.00 |
| VW CREDIT LEASING, LTD | Secured | NA | 0.00 | 1,000.00 | 1,000.00 | 0.00 |
| WELLS FARGO BANK, N.A. | Unsecured | 12,641.00 | 12,672.62 | 12,672.62 | 33.27 | 0.00 |

UST Form 101-13-FR-S (09/01/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $1,000.00 | $1,000.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,000.00** | **$1,000.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$377,172.12** | **$925.05** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,140.00 |
| Disbursements to Creditors | $1,925.05 |
| **TOTAL DISBURSEMENTS :** | **$6,065.05** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/10/2024

By: /s/ Kathy A. Dockery
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**